1

2

3

4

5          **IN THE UNITED STATES DISTRICT COURT**

6          **FOR THE EASTERN DISTRICT OF CALIFORNIA**

7

8    SHARON SIMS,                              CASE NO. 1:07-cv-00350 TAG

9                    Plaintiff,               ORDER DISMISSING CASE
                                             WITH PREJUDICE PURSUANT
10        vs.                                 TO STIPULATION

11   MICHAEL J. ASTRUE,
     Commissioner of Social Security,
12
                   Defendant.
13   _____/

14
           Based upon the parties' Stipulation to Dismiss ("Stipulation") (Doc. 15),
15
           IT IS HEREBY ORDERED that the above-captioned matter is dismissed pursuant to Federal
16
     Rule of Civil Procedure 41(a)(1)(ii).  The dismissal is with prejudice and subject to the terms and
17
     conditions of the Stipulation (Doc. 15).  The Clerk of the Court is DIRECTED to close this case.
18

19

20
     IT IS SO ORDERED.
21
     Dated:   **September 5, 2007**                    _____
22                                                      **/s/ Theresa A. Goldner**
                                                       UNITED STATES MAGISTRATE JUDGE
23

24

25

26

27

28

                                            1